**Law Office of Wanda K. Day**
Box 86840
Tucson, Arizona 85754
AZ Bar No. 012684
(520) 791-9630
email: lawwandaday@gmail.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 13-2058-CKJ-BPV |
| Plaintiff, ) | |
| v. ) | **MOTION TO CONTINUE SENTENCING** |
| JOSE MARIA TAPIA-ROJAS, ) | (Unopposed) |
| Defendant. ) | (Second Request by Defendant) |

Defendant, JOSE MARIA TAPIA-ROJAS, through counsel, respectfully requests that this Court continue the sentencing set for August 20, 2014 for approximately sixty days. Counsel has not received all the documentation that is necessary from his family to be able to ensure that he is able to present mitigation to the Court at his disposition hearing. This mitigation is necessary in order to ensure Mr. Tapia-Rojas receives a fair sentencing.

Assistant United States Attorney Gordon Davenport has no objection to the continuance. Also, the defendant does not object to a continuance.

RESPECTFULLY SUBMITTED: August 13, 2014.

LAW OFFICE OF WANDA K. DAY

___/s/__Wanda K. Day
Wanda K. Day

Copy of the foregoing
Motion delivered by ECF to:

–Gordon Davenport, Esq. AUSA
– Karen E. Peters, US Probation